Florice Hoffman, Attorney (SBN 115745)
Law Office of Florice Hoffman
8502 E. Chapman Ave., Suite 353
Orange, California 92869
Phone: (714) 282-1179
Fax: (714) 282-7918

Attorneys for Defendants International Brotherhood of
Teamsters Local 952 and Patrick Kelly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDWARD MIRELES,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS UNION LOCAL 952;<br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION TRUST FUND;<br>PATRICK KELLY; AND DOES 1-100,<br>INCLUSIVE,<br><br>　　　　　　　Defendant. | Case No. SACV08-00249 AG (RNBX)<br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS' UNION AND KELLY**<br><br>Date: April 7, 2008<br>Time: 10 a.m.<br>Courtroom: 10-B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that on April 7, 2008 at 10:00 A.M. or as

soon as counsel may be heard in Courtroom 10b of the United States

District Court, Central District of California, Southern Division

located at 411 West Fourth Street, Santa Ana, CA 92701, that the

DEFENDANTS-PETITIONERS International Brotherhood of Teamsters

Local 952 ("Union") and Patrick Kelly shall make a motion to

dismiss the Complaint ("Complaint") on file.

---

NOTICE OF MOTION TO DISMISS BY DEFENDANTS UNION AND KELLY　　　　　1

This motion is made pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted and that the Complaint should be dismissed because the claims set forth are: preempted by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 et seq., in that Plaintiff is a participant and/or beneficiary of an employee benefit plan who seeks to recover benefits due to him under the terms of the plan. In addition Plaintiff allegedly seeks to enforce the terms of the benefit plan.

Specifically, the Union and Kelly move to dismiss the Complaint as follows:

      1.  The Complaint in its entirety fails to state a claim against the Union and individual Defendant Kelly; and

      2.  The Plaintiff's claims are preempted by ERISA, 29 U.S.C. § 1132 (a) (1) (B) and ERISA, 29 U.S.C. § 1132 (a) (3).

This motion is based upon this notice and all documents filed herewith, the court's file in this matter and such other argument and evidence as may be presented to this court prior to and at the hearing on this motion.  This motion is made after counsel

1  attempted to schedule a conference with Plaintiff's counsel in

2  accordance with Local Rule 7.4.1 as more fully set forth in the

3  Declaration of Florice Hoffman which will be filed forthwith.

4  DATED: March 11, 2008          LAW OFFICE OF FLORICE HOFFMAN

5

6                                 BY: _____
                                       FLORICE HOFFMAN
7                                  Attorneys for
                                   Defendants/Petitioners
8                                  International Brotherhood of Teamsters
                                   Local 952 and Kelly
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

3

STATE OF CALIFORNIA, COUNTY OF ORANGE:

4

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address and place of employment is 8502 East Chapman Avenue, Suite 353, Orange, CA 92869

5

6

    On March 13, 2008, I served the document(s) described as on the interested parties in this action as follows: NOTICE OF MOTION TO DISMISS

7

8

[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

9

10

Robert F. Schwartz
Virginia Perkins
Trucker & Huss

11

120 Montgomery Street, 23rd Floor
San Francisco, CA  94104

12

13

Vanessa Jarvis
Jarvis Law Firm
3970 Atlantic Ave.
Long Beach, CA 90807

14

15

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

16

17

    Executed on March 13, 2008 at Orange, California.

18

19

                     _____
                        FLORICE HOFFMAN

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION TO DISMISS BY DEFENDANTS UNION AND KELLY    4