Robert F. Schwartz, SBN 227327
Virginia H. Perkins, SBN 215832
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email:  rschwartz@truckerhuss.com
        vperkins@truckerhuss.com

Attorneys for Defendant Western
Conference of Teamsters Pension
Trust Fund

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDWARD MIRELES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION LOCAL 952; WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; PATRICK KELLY; AND DOES 1-100, INCLUSIVE,<br><br>　　　　Defendant. | Case No. SACV08-249 AG (RNBx)<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Edward Mireles and Defendants Western Conference of Teamsters Pension Trust Fund, International Brotherhood of Teamsters Union Local 952, and Patrick Kelly, stipulate and agree, by and through their respective counsel, that the above-referenced action is hereby dismissed, with prejudice. Each party shall bear his or its own attorney's fees and costs.

//

This document may be signed in counterparts and together shall constitute one and the same original document.

DATED: April 28, 2008    JARVIS LAW OFFICES

By: _____
Stephen T. Devlin
Attorney for Plaintiff Edward Mireles

DATED: April 28, 2008    TRUCKER ✦ HUSS

By: _____
Robert F. Schwartz
Attorneys for Defendant the Western
Conference of Teamsters Pension Fund

DATED: _____, 2008    LAW OFFICE OF FLORICE HOFFMAN

By: _____
Florice Hoffman
Attorney for Defendants Patrick Kelly and
International Brotherhood of Teamsters
Union Local 952

1  This document may be signed in counterparts and together shall constitute one
2  and the same original document.

3  DATED: _____, 2008          JARVIS LAW OFFICES
4
5
6                                    By:_____
                                        Stephen T. Devlin
7                                       Attorney for Plaintiff Edward Mireles

8  DATED: _____, 2008          TRUCKER ✦ HUSS
9
10
                                     By:_____
11                                      Robert F Schwartz
                                        Attorneys for Defendant the Western
12                                      Conference of Teamsters Pension Fund

13 DATED: 4/28/, 2008                LAW OFFICE OF FLORICE HOFFMAN
14
15                                   By:_____
                                        Florice Hoffman
16                                      Attorney for Defendants Patrick Kelly and
                                        International Brotherhood of Teamsters
17                                      Union Local 952

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; Case No. SACV08-249 AG (RNBx)    2